

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00461-CR

| | | |
|---|---|---|
| MATTHEW NICHOLAS SLOAN, Appellant | § | On Appeal from |
| | § | Criminal District Court No. 2 |
| | § | of Tarrant County (1424732D) |
| V. | § | April 22, 2021 |
| | § | Memorandum Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that Appellant Matthew Nicholas Sloan pled not true to the motion to adjudicate, to remove the erroneous reference to an open plea, and to recite that the trial court found that Sloan violated the terms of his community supervision as set forth in

paragraph three of the State's First Amended Second Petition to Proceed to Adjudication. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach